UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62801-CIV-SINGHAL

DELMY CRUZ,

    Plaintiff,
v.

MEJIA VASQUEZ, INC., and
ROMEO MEJIA,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court *sua* sponte upon review of the docket. Following entry of a Clerk's Default (DE [13]) as to Defendants Mejia Vasquez, Inc., and Romeo Mejia, the Court entered an Order on Default Final Judgment Procedure (DE [14]) on February 4, 2020. The Order directed Plaintiff to file a Motion for Default Judgment or a Notice of Joint Liability by March 3, 2020. Plaintiff was notified that failure to comply would result in the case being dismissed without prejudice. Upon review of the record, it appears that Plaintiff has neither complied with nor sought an extension of the Court's Order (DE [14]). Accordingly, it is

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b)**.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of March 2020.

                                            */s/ Raag Singhal*
                                            RAAG SINGHAL
                                            UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF